LF 028
(Rev. 10//03/2022)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

M.

# PRISONER CIVIL RIGHTS COMPLAINT

JUN - 5 2023

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

KEVIN P. WEIMER, Clerk
By: Kimberly Hatcher, Deputy Clerk

REGINALD RODERICK ROBERTSON #78906
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

3 23-CV-108

-vs-

SARA L. MIMBS.   (The District Attorney)
GARY M. STUHLMILLER. ( P.h. D. )
LABORATORY CORPORATION of AMERICA. (Lab Corp.)
(Enter above the full name of the defendant(s).)

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

I.  **Previous Lawsuits**
    A.  Have you filed other lawsuits in federal court while incarcerated in any institution?

        Yes (✓)    No ( )

    B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline. Even if you do not know all of the information regarding a particular lawsuit, please include the information you do know to assist the Court in identifying your prior lawsuits.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s): ___Reginald R. Robertson___

1

LF 028
(Rev. 10/03/2022)

M.

      Defendant(s): _Lenn Wood._
                        _Cindy G. Brown._

2. Court (name the district): _Newnan_

3. Docket Number: _3:21-CV-00104-TCB-RGV_
                            _3:21-CV-00103-TCB_

4. Name of judge to whom case was assigned: _Timothy C. Batten, Sr._ _Russell G. Vineyard._

5. Did the previous case involve the same facts?

        Yes ( )    No (✓)

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _Dismissed_

7. Approximate date of filing lawsuit: _7-20-2021, 11-8-2021,_

8. Approximate date of disposition: _7-20-2021 and 11-8-2021_

## II. Exhaustion of Available Administrative Remedies

In general, prisoners must exhaust available administrative remedies (such as the prison's grievance procedures) before filing an action in federal court. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your available administrative remedies before filing your case.

A. Place of Present Confinement: _Coweta County Detention Center_

B. Is there a prisoner grievance procedure in this institution?

        Yes (✓)    No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

        Yes (✓)    No ( )

D. If your answer is YES:
   1. What steps did you take and what were the results?
_Within the case, It was Appealed, Rejected, And the Jail said, This Has Nothing to do with the Jail. There No higher-up Grievance process._

LF 028
(Rev. 10/03/2022)

M.

2. If your answer is NO, explain why not: _NA_

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: _Reginald R. Robertson #78806_

Address(es): _560 Greison Trl._
_Coweta County Detention Center_
_Newnan, Ga. 30263._

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): _Sara L. Mimbs._

Employed as _District Attorney_

at _The Division of Child Services / District Attorney's office,_
_8A Madison Street. Newnan, Ga. 30263._

### IV. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

( ) Federal official (a *Bivens* claim)
(✓) State or local officials (a § 1983 claim)

3

M.

> THE CONTINUINGS FROM PAGE 3.
> OF THE ADDED ADDITIONAL
> DEFENDANTS WITH ADDRESSES

#1.
<u>Sara L. Mimbs</u>, Employed as: District Attorney, For Coweta County Child Services.
8A Madison St. Newnan, Ga. 30263.

#2.
<u>Gary M. Stuhlmiller</u>, Employed as: P.h. D., at Laboratory Corporation of America.
P.O. Box 2230 Burlington, NC. 27216.

#3.
<u>Laboratory Corporation of America Holdings.</u> Employed as: Accredited By the AABL
P.O Box 2230 Burlington, NC. 27216.

LF 028
(Rev. 10/03/2022)

M.

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Health Insurance Portability and Accountability Act of 1996 (HIPAA) And my Privacy Right under the 4th, 5th, and 14th Amendment Violation.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

NA

V. **Prisoner Status**
Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

(✓) Pretrial detainee
( ) Immigration detainee
( ) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other (*explain*) _____

VI. **Statement of Claim**
State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

FOR Statement of Claim, please see:

"ADDED"
STATEMENT of CLAIM:
PAGE 1 of 2.

4

M.

# "ADDED" STATEMENT OF CLAIM:

PAGE 1 of 2.

**WHAT** I contend happened to me: ON 8-29-2022, I Receied A Summons From the Georgia Department of Human services, for a matter in Superior Court. I sent An Acknowledgment of Summons Back to the Plaintiff / Sara L. Mimbs. Requesting to undergo testing through the state of Georgia, which was MY Constitutional Rights IN doing So, for A Paternity test Regarding (Reginya Burton.) A said minor Child. Along with A Certificate of Conformity, verifing that I had Answered / Responded to the Petition / Complaint. Instead of Honoring MY Constitutional Rights, within the Privileges of Physically Un-dergoing testing. **ON** 11-22-2022, P.h. D. Gary M. Stuhlmiller, from Lab Corp, and the Superior Court of Coweta County, District Attorney Sara L. Mimbs. "Illegally" **Opened** A Previously Seal Case, Regarding another Paternity test from 8-19-2020 that **Pertained** to me, and was without me oR MY Joint Patient Permission. And Despit the fact that, the District Attorney Knowingly Knows that me and the Joint Patient came within our own terms of Legal agreements without the court, in Regards to our own said minor child. Which we then Dismissed our own Case, within the Coweta County Court System forewhich voidedout our Required D.N.A Paternity Analysis. Which is Now A breach of our Confidential, and is Bad **malPrac-tice** within our Constitutional Rights. Which also Resulted to an Inadiquate test Result Provided to the Georgia Department of Human services from the Illegal testing of D.N.A from Another file without our Authorization, and for the Usage of Using A Voided Analysis for the Purpose of testing. This was all "Manipulated" and "conspired" out of Retaliation By Detective Scott Kilgore and the District Attorney Matthew Swope. For the Purpose of The Georgia Department of Human services to interene IN the Disburse Settlement Proceedings Regarding the Hooker Law Group LLC.

Firms Necessary Pay-out Arrangement to me for A more Promient Representation against his Fraudulent False Charge's that are Pending against me.

**WHEN** the incident Occurred:  ON 8-29-2022, and ON 11-22-2022.

**WHERE** the incident took Place:  Here at the Jail, the Coweta County's District Attorney office, The Georgia Department of Human Service's office, and within the office of Laboratory Corporation of America.

**HOW** my constitutional Rights were Violated:  (1.) was when they didn't allow me to Physically undergo the testing within MY Rights to undergo said Tested. (2.) was when they Illegally Re-used my sealed D.N.A Paternity Analysis from me and A Joint Patient, for the Probability of another Single Patient D.N.A Analysis without our Authorization. (3.) was for the District Attorney Knowingly Using, After the Appropriate Dismissal of our case, MY voided-out Analysis for the Purpose of testing. (4.) was BY them Disseminating MY Private Medical D.N.A Analysis information to Nonmedical Personnel without MY Authorization. (5.) was for the Breach of Doctor/Patient Privilege through the Disclosure of MY 8-19-2020 Private Medical D.N.A Analysis Records Being widely Disseminated. (6.) was for their Actions of violating MY Confidential Privileges, which Resulted in An Illegal Analysis Being Provided to the Georgia Department of Human Services. (7.) was for them Fraudulently abusing and missusing The Health Insurance Portability and Accountability Act of (HIPAA.) 1996, against me improperly with in my Legal Rights its Self.

**WHO** violated them:  Sara L. Mimbs, Gary M. Stuhlmiller Ph.D.; and Laboratory Corporation of America. (Lab Corp.)

LF 028
(Rev. 10/03/2022)

M. "For All Administrative Grievance's Relief Pursued." All Grievances were Rejected, some unanswered, and the Appeals were always Rejected with know other Higher-up Level to pursue!

## VII. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

For Injuries, please see: (INJURIES AND RELIEF ATTACHMENT.)

## VIII. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

For Relief, please see: (INJURIES AND RELIEF ATTACHMENT.)

5

# INJURIES AND RELIEF ATTACHMENT.

M.

**MY INJURIES:** Loss of Rights, to Physically undergo testing. As I was "unsure of the Paternity of the Said minor Child," Loss of the Rights, to Provide Adiquate test Results within the New Case of the Said minor Child, "for A more Promising Parenthood.," Loss of the Rights to use MY own Authorization For the usage of Providing the D.N.A Analysis to The Georgia Department of Human services. And For my own Private medical information to Be sent to NoNmedical Personnel., Loss of Doctor/Patient Priviege., Loss of Rights, from the District Attorney Knowingly using, after the Appropriate Dismissal of MY older Case. The Voided-out Analysis for the Purpose of testing. And for the Illegal Result's Being Provided to The Georgia Department of Human Services., Other injuries: Throughout the Retaliation of state Officials, and all other's, whom willfully Participated in the Jointly efforts within the Illegal Activity, forewhich makes them Agents Acting with the State, and were also Acting Under Color of State Law, Upon Causing Bad malpractice and multiple Constitutional Violations within my Rights. I Now suffer from a Great Deal of Severe Depression, Anxiety Attacks, and Symptoms of PTSD.

**FOR MY RELIEF:** Gary M. Stuhlmiller and Lab Corp Corporation Needs to Be Held liable for Doctor/Patient Privileges., Sara L. Mimbs need to be Repremanded and Retrained for Not Allowing Me to Physically undergo the testing Within MY Rights of Requesting to do so., For Openning MY Previous Case, And using The Voided-out Analysis for the Purpose of testing. I want for Punitive Damage's within all injuries. $10,000,000.00 to Be Divided Between all Defendants The Basis for claims: All of these Conditions have Caused me "severe stress" and "excessive Mental AnGuish," infringed on my Constitutional Rights.

LF 028
(Rev. 10/03/2022)

M.

Signed this __24th__ day of __MAY__, 20___.

_Reginald Robertson_
Signature of Plaintiff

STATE OF __Georgia__
COUNTY (CITY) OF __Coweta, Newnan.__

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __MAY 24th 2023__
(Date)

_Reginald Robertson_
Signature of Plaintiff

## AFFIDAVIT OF FACTS:

STATE OF GEORGIA, COUNTY OF COWETA.

I REGINALD R. ROBERTSON, THE UNDERSIGED BEING DULY SWORN, DEPOSES AND SAY: THAT THE ABOVE FACTUAL STATEMENTS PRESENTED WITHIN, AND PRESENTED WITHIN, AND PRESENTED WITHIN THE ADDED ATTACH STATEMENT OF CLAIM, PAGE 1. of 2, AND THE ADDED ATTACH INJURIES AND RELIEF. ARE TRUE AND CORRECT TO THE BEST OF MY PERSONAL KNOWLEDGE WITHIN THESE MATTERS, I HAVE READ THE PERJURY STATUTE AND I'AM AWARE OF THE PENALTIES." UNDER [illegible] 16-13-49 (o)(3) PENALTY OF LAW."

SIGNED THIS 24th DAY OF MAY 2023.

_Signature_
SIGNATURE OF PLAINTIFF:

REGINALD ROBERTSON
PRINTED NAME:

SWORN BEFORE ME THIS 24th DAY OF MAY 2023.

_Bury B. Reddish_
NOTARY SIGNATURE:

[Notary seal: GEORGIA, EXPIRES MARCH 7, 2027, COWETA COUNTY, PUBLIC]

6